ADAM PAUL LAXALT
　Attorney General
Steve Shevorski (Bar No. 8256)
　Head of Complex Litigation
Theresa Haar (Bar No. 12158)
　Senior Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
(702) 486-3420 (phone)
(702) 486-3773 (fax)
sshevorski@ag.nv.gov
thaar@ag.nv.gov

*Attorneys for Defendant Dwight Neven*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW AREVALO, | Case No. 3:15-cv-00407-RCJ-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STATE OF NEVADA; STATE OF NEVADA, DEPARTMENT OF CORRECTIONS; HIGH DESERT STATE PRISON WARDEN DWIGHT NEVEN, IN HIS OFFICIAL CAPACITY; CORRECTIONS OFFICER TRAINEE REYNALDO-JOHN RAMOS; CORRECTIONS OFFICER JEFF CASTRO; CORRECTIONS OFFICER ISAIAH SMITH; CORRECTIONS OFFICER DUSTIN MUMPOWER; CORRECTIONS OFFICERS JOHN AND JANE DOE, | |
| Defendants. | |

　　Plaintiff ANDREW AREVALO (Plaintiff), and Defendants STATE OF NEVADA, JAMES COX, DWIGHT NEVEN, RONALD OLIVER, RAYNALDO-JOHN RAMOS, JEFF CASTRO, MARC SYDIONGCO, ISAIAH SMITH, and DUSTIN MUMPOWER (Defendants), by and through their respective counsel of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the above captioned action, and any and all claims asserted by Plaintiff against Defendants in said captioned action, are hereby DISMISSED WITH PREJUDICE.

Plaintiff and Defendants agree that this Court shall retain jurisdiction over any attorneys' fees requests.

This Stipulation is entered into on this 9th day of August, 2017.

| | |
|---|---|
| NIXON, VOGELMAN, BARRY, SLAWSKY & SIMONEAU, PA | CHESNOFF & SCHONFELD |
| By:   /s/ Lawrence A. Vogelman<br>Lawrence A. Vogelman<br>NH Bar #10280<br>77 Central Street<br>Manchester, NH  03101<br>*Attorneys for Plaintiff* | By:   /s/ David Z. Chesnoff<br>David Z. Chesnoff<br>Nevada Bar No. 2292<br>520 S. Fourth Street<br>Las Vegas, NV  89101<br>*Attorneys for Plaintiff* |
| ADAM PAUL LAXALT<br>Nevada Attorney General | LEWIS BRISBOIS BISGAARD & SMITH |
| By:   /s/ Theresa M. Haar<br>Steve Shevorski<br>Nevada Bar No. 8256<br>Theresa M. Haar<br>Nevada Bar No. 12158<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, NV  89101<br>*Attorneys for Defendant Dwight Neven* | By:   /s/ Robert W. Freeman, Jr.<br>Robert W. Freeman, Jr.<br>Nevada Bar No. 3062<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, NV  89118<br>*Attorneys for Defendant Raynaldo-John Ramos* |
| MARQUIS AURBACH COFFING | ASHCRAFT & BARR, LLP |
| By:   /s/ Craig R. Anderson<br>Craig R. Anderson<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, NV  89145<br>*Attorneys for Defendant Jeff Castro* | By:   /s/ Jeffrey F. Barr<br>Jeffrey F. Barr<br>Nevada Bar No. 7757<br>2300 W. Sahara Ave., Ste. 800<br>Las Vegas, NV  89102<br>*Attorneys for Defendant Isaiah Smith* |

## **ORDER**

IT IS SO ORDERED.

DATED: This 15th day of August, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE